UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WILLIAM F.,

      Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

      Defendant.

Case No. 3:24-cv-302

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 13); (2) DENYING PLAINTIFF'S REQUEST FOR A REMAND OF THIS MATTER TO THE COMMISSIONER UNDER THE SIXTH SENTENCE OF 42 U.S.C. § 405(g); (3) AFFIRMING THE ALJ'S NON-DISABILITY FINDING; AND (4) TERMINATING THIS CASE ON THE DOCKET**

---

This Social Security appeal is before the Court on the Report and Recommendation of United States Magistrate Judge Peter B. Silvain, Jr. (Doc. No. 13), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Judge Silvain recommends that the Administrative Law Judge's ("ALJ's") non-disability finding be affirmed.  Noting that no objections have been filed and that the time for filing objections under Fed. R. Civ. P. 72(b) has expired, and having carefully considered this matter, it is hereby **ORDERED** that: (1) the Report and Recommendation is **ADOPTED**; (2) Plaintiff's request for a remand of this matter to the Commissioner under the Sixth Sentence of 42 U.S.C. § 405(g) is **DENIED;** (3) the Commissioner's non-disability finding is **AFFIRMED**; and (4) this case is **TERMINATED** on the docket.

      **IT IS SO ORDERED.**

February 25, 2026                s/*Michael J. Newman*
                                       Hon. Michael J. Newman
                                       United States District Judge